UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

CHERYL JANKY,

      Plaintiff,

v.

HENRY FARAG, STREET GOLD RECORDS,
LAKE COUNTY CONVENTION & VISITORS
BUREAU, Individual and Corporation, Jointly
and Severally,

      Defendants.

Case No: 3:05-cv-00217
Hon. James T. Moody
Magistrate Paul R. Cherry

---

GREGORY J. REED (P24750)
GREGORY J. REED & ASSOCIATES
Attorney for Plaintiff
1201 Bagley Avenue
Detroit, Michigan 48226
313-961-3580

STEPHANIE L. HAMMONDS P-48097
LAW OFFICE OF STEPHANIE L. HAMMONDS
Attorney for Plaintiff
719 Griswold Street, Ste. 820
Detroit, Michigan 48226
313-340-0440

ROBERT D. GOLDSTEIN (P38298)
TIMOTHY J. JORDAN (P46098)
GARAN LUCOW MILLER, P.C.
Attorneys for Lake County Conv.
8332 Office Park Drive
Grand Blanc, Michigan 48439
810-695-3700

---

**MOTION TO COMPEL SUBMISSION OF CASE TO MEDIATION**

**BRIEF IN SUPPORT OF MOTION TO COMPEL
SUBMISSION OF CASE TO MEDIATION**

**CERTIFICATE OF SERVICE**

                          ROBERT D. GOLDSTEIN (P38298)
                          TIMOTHY J. JORDAN (P46098)
                          **GARAN LUCOW MILLER, P.C.**
                          Attorneys for Defendant Lake County
                          8332 Office Park Drive
                          Grand Blanc, MI 48439
                          (810) 695-3700

## MOTION TO COMPEL SUBMISSION OF CASE TO MEDIATION

Defendant, Lake County Convention and Visitors Bureau, through its attorneys, GARAN LUCOW MILLER, P.C., moves pursuant to L.R. 7.1(a) and L.R. 16.6(a) hereby moves for an Order to Compel Mediation, and in support states as follows:

1. On October 27, 2005, this Court held a scheduling conference where it ordered, among other things, that the "Mediation Selection/Status Deadline is 1/16/2006."

2. In conformance with the Order Deadline, defendant Lake County Convention and Visitors Bureau submitted as a Mediator/Facilitator George Ivancevich, an Indiana attorney specializing in intellectual property disputes, particularly copyright.

3. On January 17, 2006, plaintiff filed a "Mediation Status Report" advising "that the parties have not agreed to mediate and will go to trial in the instant action." This however, was an inaccurate representation of the status of mediation.

4. That in fact the parties have been engaged in settlement discussions since November of 2005 and have now reached a point where facilitative mediation could be beneficial in potentially resolving this case with the presence of a neutral third party, particularly an individual who is experienced in intellectual property/copyright law, such as Mr. George Ivancevich.

5. Lake County Convention and Visitors Bureau has requested consent from plaintiff in the relief sought in this Motion, but the consent has not been given, thereby necessitating the present motion.

WHEREFORE defendant, Lake County Convention and Visitors Bureau, respectfully requests that this Court grant its Motion and order that the matter be submitted to Mediation and direct that Mr. George Ivancevich be appointed mediator at the parties' expense, or alternatively, request that the Court provide a list of mediators from which the parties may choose, together with

any and such further relief as this Court deems necessary and just.

        Respectfully submitted,

        GARAN LUCOW MILLER, P.C.

DATED: February 17, 2006        s/Robert D. Goldstein
        ROBERT D. GOLDSTEIN P-38298
        TIMOTHY J. JORDAN P-46098
        GARAN LUCOW MILLER, P.C.
        Attorneys for Defendant, LAKE COUNTY
        8332 Office Park Drive
        Grand Blanc, Michigan 48439
        810-695-3700
        810-695-6488 (Fax No.)
        Rgoldstein@garanlucow.com

**BRIEF IN SUPPORT OF MOTION TO COMPEL
SUBMISSION OF CASE TO MEDIATION**

In support of its Motion to Compel Submission of the Case to Mediation Defendant, Lake County Convention and Visitors Bureau relies on Local Rule 16.6(a) "the Court may order mediation or early neutral evaluation in any civil case." The Local Court Rule further provides:

> "(b) Except for cases exempted by L.R. 16.1, the parties shall consider as part of every Fed.R.Div.P.27(f) report the use of one of the following Alternative Dispute Resolution Processes:
>
>     (1)    Mediation;
>
>     (2)    Early Neutral Evaluation;
>
>     (3)    Mini-trial;
>
>     (4)    Any other process upon which the parties may agree.
>
> The parties shall report to the Court which, if any, of the processes they wish to employ and when the process will be undertaken. A settlement conference conducted by a judicial officer is not an

Alternative Dispute Resolution Process.

(c) Unless otherwise ordered by the court, the Indiana Rules for Alternative Dispute Resolution, including those rules regarding privilege, confidentiality of communications, and disqualification of neutrals, shall apply to all Alternative Dispute Resolution Processes.

(d) A roster of available neutrals shall be maintained in the offices of the Clerk and shall be made available to counsel and the public upon request."

                                                                                               GARAN LUCOW MILLER, P.C.

DATED: February 17, 2006                     s/Robert D. Goldstein
                                                                    ROBERT D. GOLDSTEIN P-38298
                                                                    TIMOTHY J. JORDAN P-46098
                                                                     GARAN LUCOW MILLER, P.C.
                                                                     Attorneys for Defendant, LAKE COUNTY
                                                                     8332 Office Park Drive
                                                                     Grand Blanc, Michigan 48439
                                                                     810-695-3700
                                                                     810-695-6488 (Fax No.)
                                                                     Rgoldstein@garanlucow.com

## CERTIFICATE OF SERVICE

I hereby certify that on **February 17, 2006**, I electronically filed the foregoing document with the Clerk of the Court using the ECF System which will send notification of such filing to the following: Timothy J. Jordan, Daniel Kuzman, Gregory J. Reed and Stephanie L. Hammonds - Law Office of Stephanie L. Hammonds, 719 Griswold, Ste. 820, Detroit, MI 48226, and I certify that I have mailed by U.S. Mail the document to the following non-ECF participants: Henry Farag - Street Gold Records, 8001 Delaware Place, Merrillville, IN 46410.

        GARAN LUCOW MILLER, P.C.

        s/Robert D. Goldstein
        ROBERT D. GOLDSTEIN (P38298)
        TIMOTHY J. JORDAN (P46098)
        Attorneys for Defendant Lake County
        8332 Office Park Drive
        Grand Blanc, Michigan 48439
        (810) 695-3700
        810-695-3700
        810-695-6488 (Fax No.)
        Rgoldstein@garanlucow.com